LAW OFFICES OF

**R**OBERT **L.** **G**ELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

____

FACSIMILE (212) 410-0400

May 31, 2011

**BY OVERNIGHT MAIL**
Karamvir Dahiya, Esq.
350 Broadway, Suite 412
New York, NY  10013

> Re:   Leonid Chatkhan et al. - Case Nos. 10-46775 (CEC); 11-41799; 11-41803;
>       11-41804; 11-41805; 11-41807
>       **Robert L. Geltzer v. Karamvir Dahiya and Dahiya Law Group LLC**
>       **Adv. Pro. No. 11-1017(CEC)**

Dear Mr. Dahiya:

     I enclose herewith a copy of our Motion for an Order Imposing Sanctions against you pursuant to Bankruptcy Rule 9011 and 28 U.S.C. §1927 in connection with Defendants' Motion to Dismiss Amended Complaint, together with Notice of Motion thereof, and proposed Order.

     Be advised that pursuant to Bankruptcy Rule 9011(c)(1)(A), you have 21 days from this date to withdraw Defendants' Motion to Dismiss Amended Complaint, or I shall file this motion and thereafter advise you of its return date.

                                      Very truly yours,

                                        /s/ Mark E. Bruh
                                        Mark E. Bruh

Enclosure

cc:    Honorable Carla E. Craig (w/o encl.)
        Marylou Martin, Esq. (w/o encl.)
        Clerk of the Court (w/o encl.)